# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS ENRIQUE VAZQUEZ-HERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>JON M. GURULE, et al.,<br><br>    Respondents. | Case No. 3:14-cv-00427-RCJ-VPC<br><br>**ORDER** |

Petitioner has submitted a motion to extend time (#10) and a motion for waiver of court rules (#9). The court will grant petitioner additional time to show cause why this action should not be dismissed. In the motion for waiver of court rules, petitioner alleges that his institution's law library lacks legal materials, but the materials he lists at page 3 of the motion have nothing to do with the potential defects of timeliness and custody.

IT IS THEREFORE ORDERED that petitioner's motion to extend time (#10) is **GRANTED**. Petitioner shall have through May 11, 2015, to show cause why the court should not dismiss this action.

IT IS FURTHER ORDERED that petitioner's motion for waiver of court rules (#9) is **DENIED**.

Dated: February 19, 2015.

_____
ROBERT C. JONES
United States District Judge