AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

LUIS ENRIQUE VAZQUEZ-HERNANDEZ,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

            CASE NUMBER: **3:14-cv-00427-RCJ-VPC**

JON M. GURULE, *et al.*,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice because the court lacks subject-matter jurisdiction and, in the alternative, because this action is untimely.

    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

November 9, 2015                            **LANCE S. WILSON**
                                                         Clerk

                                                         /s/ J. Cotter
                                                         Deputy Clerk